**EXHIBIT 1**

Job # 005187

*SUMMONS – 30 DAY*
IN THE CIRCUIT COURT OF THE TWENTY-SECOND JUDICIAL CIRCUIT
McHENRY COUNTY, ILLINOIS

(Name all parties)

VICTORIA WALLEY

**Plaintiff(s)**

vs.

MATTRESS FIRM, INC.

Case Number: 2024 LA 264

Amount Claimed $ excess of $50,000

**Defendant(s)**

# SUMMONS

To each Defendant: Mattress Firm, Inc., c/o CT Corporation Systems, RA

208 S. LaSalle, Suite 814, Chicago, IL 60604

**YOU ARE SUMMONED** and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this court, McHenry County Government Center, 2200 N. Seminary Avenue, Woodstock, Illinois, 60098, within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

**To the officer:**
This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS

DATE 3/4/2025 2:14 PM Electronically Issued

Katherine M Keefe
KATHERINE M KEEFE, Clerk of Court
JG
Deputy Clerk

Clerk of the C:

Plaintiff's attorney or plaintiff if he is not represented by an attorney

Name: Scott Berends
Prepared by: Scott Berends
Attorney for: Plaintiff
Attorney Registration No.: 6281019
Address: 27 N Wacker, Suite 446
City, State Zip: Chicago, IL 60606
Telephone: 312-784-4811
Email: sberends@bussepc.com

CV-SUM9: Revised 07-01-2018          Page 1 of 2

**SHERIFF'S FEES**　　　　　　　　　Service and return　　$_____

　　　　　　　　　　　　　　　　　　Miles _____　　$_____

　　　　　　　　　　　　　　　　　　Total Sheriff's Fees　$_____

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Sheriff of _____ County

**I CERTIFY THAT I SERVED THIS SUMMONS ON DEFENDANTS AS FOLLOWS:**

**(a) INDIVIDUAL DEFENDANTS – PERSONAL:**
The officer or other person making service, shall (a) identify as to sex, race and approximate age of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons was left with the defendant.

_____

_____

_____

**(b) INDIVIDUAL DEFENDANTS – ABODE:**
By leaving a copy of the summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years and upwards, informing that person of the contents of the summons. The officer or other person making service, shall (a) identify as to sex, race and approximate age of the person, other than the defendant, with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the summons was left with such person.

_____

_____

_____

and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully pre-paid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of Defendant | Mailing Address | Date of Mailing |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**(c) CORPORATION DEFENDANTS:**
By leaving a copy of the summons and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

| Defendant Corporation | Registered Agent, Officer or Agent | Date of Service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**(d) OTHER SERVICE**

_____

_____

　　　　　　　　　　　_____, Sheriff of _____ County

　　　　　　　　　　　By: _____, Deputy

** FILED **  Env: 29408607
McHenry County, Illinois
2024LA000264
Date: 9/18/2024 12:07 AM
Katherine M. Keefe
Clerk of the Circuit Court

IN THE CIRCUIT COURT OF THE 22ND JUDICIAL CIRCUIT
MCHENRY COUNTY, ILLINOIS

VICTORIA WALLEY, an individual, )
)
Plaintiff, )
) Case No. 2024LA000264
v. )
)
MATTRESS FIRM, INC. a Delaware corporation )
)
Defendant )

**COMPLAINT**

NOTICE
THIS CASE IS HEREBY SET FOR A SCHEDULING CONFERENCE IN COURTROOM **TBD** ON **12-18-2024**, AT **9:00 a.m.** FAILURE TO APPEAR MAY RESULT IN THE CASE BEING DISMISSED OR AN ORDER OF DEFAULT BEING ENTERED.

Victoria Walley, by and through counsel, complains of Defendants as follows:

**COUNT I – NEGLIGENCE**

1. Plaintiff, Victoria Walley, is an individual and a resident of McHenry County, Illinois.

2. Defendant, Mattress Firm, Inc. is a Delaware corporation that does business throughout Illinois by operating various Mattress Firm stores. Defendant operated the store at 2200 North Richmond Road, McHenry, Illinois.

3. In or about December 2019, Plaintiff purchased a Snug 8 inch medium memory foam mattress, queen size, from Defendant.

4. At all times, Defendant represented that the mattress was 100% polyurethane foam and was free from fiberglass materials.

5. The mattress was sold with a mattress cover that was advertised as 100% polyester. Defendant represented the mattress cover as being free of fiberglass material.

6. Plaintiff specifically purchased the mattress in question because it was advertised and represented to be free of fiberglass and other materials.

7. At all times, Plaintiff adhered to and followed all manufacturer care instructions for the care and maintenance of both the mattress and the mattress cover.

8. In or about November 2022, Plaintiff discovered various fibrous strands throughout her home. Following inspection and testing, it was determined that the fibrous strands were fiberglass and that Plaintiff's home was contaminated with the material.

9. Subsequent testing determined that the source of the fiberglass was the mattress purchased by Plaintiff from Defendant Mattress Firm.

10. At all times relevant, Defendant knew or through the exercise of due care should have known that the mattress and mattress cover it sold to Plaintiff contained, contrary to its representations, fiberglass that was subject to breaking and dispersing throughout the air.

11. At all times relevant, Defendant knew or through the exercise of due care should have known that fiberglass strands pose a threat to the health and welfare of people.

12. Defendant advertised its mattress as being free of fiberglass because it was aware of the dangers that fiberglass strands pose.

13. Notwithstanding its knowledge, Defendant sold and allowed to enter the stream of commerce, a product that was infused with and contained fiberglass strands that were prone to breaking and becoming airborne.

14. At all times relevant, Defendant was aware of its duty to notify purchasers of the presence of fiberglass in its mattress and/or was aware of its duty not to manufacture or sell mattresses that contained fiberglass.

15. Defendant breached its duty by marketing, manufacturing, and/or selling mattresses that contained fiberglass to the general public and specifically to Plaintiff.

16. As a result of the fibrous strands of fiberglass throughout the Plaintiff's home, Plaintiff's minor child was diagnosed with fiberglass exposure and complained of rashes and coughs.

17. Plaintiff's minor child received medical care as a result of the exposure.

18. Plaintiff has had to expend considerable expense for the cleaning of her home and possessions to remove the fiberglass strands.

Wherefore, Plaintiff respectfully requests this Court enter judgment against Defendant in an amount to be proved at trial but in excess of $50,000 and for such further relief as the Court deems just and appropriate.

| | |
|---|---|
| Busse & Busse PC<br>27 North Wacker, Suite 446<br>Chicago, Illinois 60606<br>312-750-1212<br>312-750-1211 (fax) | Respectfully submitted,<br><br>_____ |

service@bussepc.com
Firm ID: 91714